IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:07CV20-02
(2:06CR6-1)

| | |
|---|---|
| TIMOTHY O. BENNETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petitioner's second motion for reconsideration.[1] The motion is denied.

The Petitioner's new motion contains the same allegations made in his previous motions to reconsider and for judgment on the pleadings. Again, these issues were specifically addressed in the Court's Memorandum and Order denying the Petitioner's § 2255 motion. Petitioner's objections to the Court's rulings would have been more

---

[1] The Petitioner also filed a motion for judgment on the pleadings on January 25, 2008, which the Court denied as being without merit by Order filed January 30, 2008.

2

appropriately addressed by filing a notice of appeal instead of filing spurious motions to reconsider.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for reconsideration is hereby **DENIED**.

Signed: February 26, 2008

Lacy H. Thornburg
United States District Judge